# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA KASTANIDIS,** | : | CIVIL ACTION NO. 1:16-CV-1548 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPT. of HUMAN SERVICES,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of July, 2018, upon consideration of the motion (Doc. 24) for summary judgment by defendant Commonwealth of Pennsylvania, Department of Human Services ("Department"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Department's motion (Doc. 24) for summary judgment is DENIED.

2. The court will schedule the above-captioned matter for jury selection and trial by separate order.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania