IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA KASTANIDIS,** : | CIVIL ACTION NO. 1:16-CV-1548 |
| **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
| v. : | |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, DEPARTMENT** : | |
| **OF HUMAN SERVICES,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 2nd day of November, 2018, it having been reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania